**Order entered July 19, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-00969-CV

**BRIGETTA D'OLIVIO A/K/A BRIGETTA ALIX ANDERSON, ALIX BRIGETTA, Appellant**

**V.**

**HILARY THOMPSON HUTSON, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-04855-2019**

### ORDER

Before the Court is appellant's July 16, 2021 second emergency motion for permission to extend time to file an amended brief. Appellant seeks a five-day extension and explains the extension is necessary, in part, because the reporter's record is incorrect. Appellant states she has requested the reporter correct the record and expects the corrected record to be filed "forthwith."

We **GRANT** the motion to the extent we **ORDER** Janet L. Dugger, Official Court Reporter for the 296th Judicial District Court, to file the corrected reporter's

record no later than July 26, 2021. We further **ORDER** appellant to file the amended brief no later than August 2, 2021.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Dugger and the parties.

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE